No. ——. FRIEDLAND *v.* JUSTICES OF THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, EN BANC. Application for extraordinary relief denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.